UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

BAMBI MATTILA,

    Plaintiff,

vs.

NORTHWESTERN COMPANY, dba
NORTHWESTERN ENERGY

    Defendant.

Case No. **CV-23-79-BU-SPW**

JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

### JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF

(pursuant to the order filed on 4/15/2025 , docket entry 56 in the record)

Dated this  15th day of March, 2025



TYLER P. GILMAN, CLERK

By:  /s/ A. Carrillo
Deputy Clerk